IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02041-AP

JOSHUA J. GURULE,
      Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**      **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Thomas H. Kraus
Special Assistant United States Attorney
1961 Stout St., Suite 4169
Denver, Colorado 80294
303-844-0017
303-844-0770 (facsimile)
tom.kraus@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed:  August 1, 2013**

      **B.      Date Complaint  Was Served on U.S. Attorney's Office: October 1, 2013**

      **C.      Date Answer and Administrative Record Were Filed: November 14, 2013**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters

to bring to the attention of the Court.

8.     **BRIEFING SCHEDULE**

    A.     **Plaintiff's Opening Brief Due:  January 6, 2014**

    B.     **Defendant's Response Brief Due:  February 5, 2014**

    C.     **Plaintiff's Reply Brief (If Any) Due: February 20, 2014**

9.     **STATEMENTS REGARDING ORAL ARGUMENT**

A.     **Plaintiff's Statement: Plaintiff does not request oral argument.**

B.     **Defendant's Statement: Defendant does not request oral argument.**

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

    A.     ( )     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.     ( X )     **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

    DATED this 4th day of December, 2013.

                       BY THE COURT:

                       *s/John L. Kane*
                       U.S. DISTRICT COURT JUDGE

- 3 -

APPROVED:

UNITED STATES ATTORNEY

John F. Walsh
United States Attorney

s/ Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-473-1515
719-543-8403 (facsimile)
seckarlaw@mindspring.com
Attorney for Plaintiff

By: s/ Thomas H. Kraus
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
303-844-0017
303-844-0770 (facsimile)
tom.kraus.@ssa.gov
Attorneys for Defendant